NUMBER 13-99-514-CV 



COURT OF APPEALS 



THIRTEENTH DISTRICT OF TEXAS 



CORPUS CHRISTI 

____________________________________________________________________ 



FAYE HIRSCH AND HUSBAND, WARREN H. HIRSCH, Appellants, 



v. 



DAN CHARLES COWMAN, M.D., ET AL., Appellees. 

____________________________________________________________________ 



On appeal from the 270th District Court 

of Harris County, Texas. 

____________________________________________________________________ 



O P I N I O N 

Before Justices Hinojosa, Chavez, and Rodriguez 

Opinion Per Curiam 



Appellants, FAYE HIRSCH AND HUSBAND, WARREN H. HIRSCH, perfected an
appeal from a judgment entered by the 270th District Court of Harris
County, Texas, in cause number 9837660. After the record and briefs were
filed, the parties filed a joint motion to dismiss the appeal. In the motion, the parties
move that this Court dismiss the appeal. 

The Court, having considered the documents on file and the joint motion to dismiss the
appeal, is of the opinion that the motion should be granted. The joint motion to dismiss
is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 20th day of April, 2000.